# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

## OFFENSE CHARGED

Count 1: 18 U.S.C. § 371 - Conspiracy
Count 2: 18 U.S.C. §§ 922(u) and 2 - Theft from a Federal Firearms Licensee
Count 3: 18 U.S.C. § 922(j) - Possession of a Stolen Firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHED.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

### DEFENDANT - U.S

▶ DASHAWN TALIFARIO TAYLOR

DISTRICT COURT NUMBER
4:20-cr-00301 JST

**FILED**
Jul 23 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
4-20-70910 MAG

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Samantha Schott Bennett

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____    Before Judge: _____

Comments:

**PENALTY SHEET FOR DASHAWN TALIFARIO TAYLOR**

Count One: Conspiracy, in violation of 18 U.S.C. § 371
Maximum term of imprisonment: 5 years
Maximum term of supervised release: 3 years
Maximum fine: $250,000
Forfeiture
Possible Restitution

Count Two: Theft of Firearms from a Federal Firearms Licensee, in violation of 18 U.S.C. §§ 922(u) and 2
Maximum term of imprisonment: 10 years
Maximum term of supervised release: 3 years
Maximum fine: $250,000
Forfeiture
Possible Restitution

Count Three: Possession of a Stolen Firearm, in violation of 18 U.S.C. § 922(j)
Maximum term of imprisonment: 10 years
Maximum term of supervised release: 3 years
Maximum fine: $250,000
Forfeiture
Possible Restitution

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Count 1: 18 U.S.C. § 371 - Conspiracy
Count 2: 18 U.S.C. §§ 922(u) and 2 - Theft from a Federal Firearms Licensee

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHED.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ LEVYONNE IGNACIO-BOOTH

DISTRICT COURT NUMBER
4:20-cr-00301 JST

**FILED**
Jul 23 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
4-20-70910 MAG

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Samantha Schott Bennett

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

**PENALTY SHEET FOR LEVYONNE IGNACIO-BOOTH**

Count One: Conspiracy, in violation of 18 U.S.C. § 371
Maximum term of imprisonment: 5 years
Maximum term of supervised release: 3 years
Maximum fine: $250,000
Forfeiture
Possible Restitution

Count Two: Theft of Firearms from a Federal Firearms Licensee, in violation of 18 U.S.C. §§ 922(u) and 2
Maximum term of imprisonment: 10 years
Maximum term of supervised release: 3 years
Maximum fine: $250,000
Forfeiture
Possible Restitution

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Count 1: 18 U.S.C. § 371 - Conspiracy
Count 2: 18 U.S.C. §§ 922(u) and 2 - Theft from a Federal Firearms Licensee
Count 4: 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHED.

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
► ANTHONY LAMAR CRAFT, JR.

DISTRICT COURT NUMBER
4:20-cr-00301 JST

**FILED**
Jul 23 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
4-20-70910 MAG

Name and Office of Person Furnishing Information on this form  DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Samantha Schott Bennett

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ►_____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ► Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ► Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

**PENALTY SHEET FOR ANTHONY LAMAR CRAFT, JR.**

<u>Count One: Conspiracy, in violation of 18 U.S.C. § 371</u>
Maximum term of imprisonment: 5 years
Maximum term of supervised release: 3 years
Maximum fine: $250,000
Forfeiture
Possible Restitution

<u>Count Two: Theft of Firearms from a Federal Firearms Licensee, in violation of 18 U.S.C. §§ 922(u) and 2</u>
Maximum term of imprisonment: 10 years
Maximum term of supervised release: 3 years
Maximum fine: $250,000
Forfeiture
Possible Restitution

<u>Count Four: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)</u>
Maximum term of imprisonment: 10 years
Maximum term of supervised release: 3 years
Maximum fine: $250,000
Forfeiture
Possible Restitution

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## OFFENSE CHARGED

Count 1: 18 U.S.C. § 371 - Conspiracy
Count 2: 18 U.S.C. §§ 922(u) and 2 - Theft from a Federal Firearms Licensee

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHED.

### DEFENDANT - U.S
▶ TYRONZA HAMPTON, JR.

DISTRICT COURT NUMBER
4:20-cr-00301 JST

**FILED**
Jul 23 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
4-20-70910 MAG

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Samantha Schott Bennett

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction   ☐ Federal   ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____   Before Judge: _____

Comments:

**PENALTY SHEET FOR TYRONZA HAMPTON, JR.**

Count One: Conspiracy, in violation of 18 U.S.C. § 371
Maximum term of imprisonment: 5 years
Maximum term of supervised release: 3 years
Maximum fine: $250,000
Forfeiture
Possible Restitution

Count Two: Theft of Firearms from a Federal Firearms Licensee, in violation of 18 U.S.C. §§ 922(u) and 2
Maximum term of imprisonment: 10 years
Maximum term of supervised release: 3 years
Maximum fine: $250,000
Forfeiture
Possible Restitution

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland

UNITED STATES OF AMERICA,

V.

DASHAWN TALIFARIO TAYLOR,
LEVYONNE IGNACIO-BOOTH,
ANTHONY LAMAR CRAFT, JR., and
TYRONZA HAMPTON, JR.,

**FILED**

Jul 23 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

DEFENDANT.

INDICTMENT

18 U.S.C. § 371 – Conspiracy to Commit Theft of Firearms from a Federal Firearms Licensee;
18 U.S.C. § 922(u) – Theft of Firearms from a Federal Firearms Licensee;
18 U.S.C. § 922(j) – Possession of a Stolen Firearm;
18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm;
18 U.S.C. § 2 – Aiding and Abetting;
18 U.S.C. § 924(d) and 28 U.S.C. § 2461 – Criminal Forfeiture

A true bill.

/s/ Foreperson of the Grand Jury
_____
Foreman

Filed in open court this __23rd__ day of July, 2020

_____
Clerk

Bail, $ No Bail
Nathanael Cousins, United States Magistrate Judge

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

**FILED**

Jul 23 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DASHAWN TALIFARIO TAYLOR,<br>LEVYONNE IGNACIO-BOOTH,<br>ANTHONY LAMAR CRAFT, JR., and<br>TYRONZA HAMPTON, JR.,<br><br>Defendants. | NO. 4:20-cr-00301 JST<br><br>VIOLATIONS: 18 U.S.C. § 371 – Conspiracy to Commit Theft of Firearms from a Federal Firearms Licensee; 18 U.S.C. § 922(u) – Theft of Firearms from a Federal Firearms Licensee; 18 U.S.C. § 922(j) – Possession of a Stolen Firearm; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 2 – Aiding and Abetting; 18 U.S.C. § 924(d) and 28 U.S.C. § 2461 – Criminal Forfeiture<br><br>OAKLAND VENUE<br><br>**UNDER SEAL** |

## I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:    (18 U.S.C. § 371 – Conspiracy to Commit Theft of Firearms from a Federal Firearms Licensee)

### Introductory Allegations

At all times relevant to this Indictment:

1.    Richardson Tactical maintained a retail store at a location in Hayward, California, in the Northern District of California.

INDICTMENT

2. At all times relevant to this Indictment, Richardson Tactical was licensed to engage in the business of importing, manufacturing, or dealing in firearms, pursuant to the provisions of Chapter 44, Title 18, United States Code.

## Object of the Conspiracy

3. On or about May 31, 2020, in the Northern District of California and elsewhere, the defendants,

>DASHAWN TALIFARIO TAYLOR,
>LEVYONNE IGNACIO-BOOTH,
>ANTHONY LAMAR CRAFT, JR., and
>TYRONZA HAMPTON, JR.,

did knowingly and willfully conspire and agree together and with each other, and with other persons both known and unknown to the Grand Jury, to steal and unlawfully take and carry away from the person and premises of a person who is licensed to engage in the business of importing, manufacturing, and dealing in firearms, any firearm in the licensee's business inventory that had been shipped or transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(u).

## Manner and Means

4. On or about May 31, 2020, Defendants TAYLOR, IGNACIO-BOOTH, CRAFT, and HAMPTON (Defendants), as well as other individuals known and unknown to the Grand Jury, would travel to Richardson Tactical's location in the Northern District of California and would arrive at approximately the same time, outside normal business hours when Richardson Tactical was closed.

5. Defendants CRAFT and HAMPTON would arrive and leave Richardson Tactical's location together in the same vehicle.

6. Defendants TAYLOR, IGNACIO-BOOTH, CRAFT, HAMPTON, and co-conspirators known and unknown to the grand jury would leave their vehicles and congregate in the area in front of Richardson Tactical's premises.

7. Defendants TAYLOR, IGNACIO-BOOTH, CRAFT, HAMPTON, and co-conspirators known and unknown to the grand jury, would work together to gain access to Richardson Tactical's premises using force.

INDICTMENT
2

8. Defendants TAYLOR, IGNACIO-BOOTH, CRAFT, HAMPTON, and co-conspirators known and unknown to the grand jury would enter Richardson Tactical's premises together.

9. While inside the premises, Defendants TAYLOR, IGNACIO-BOOTH, CRAFT, HAMPTON, and co-conspirators known and unknown to the grand jury would work individually and together to access display cabinets containing firearms, to remove firearms from the display cabinets, and to remove firearms from the walls of the store.

10. Defendants TAYLOR, IGNACIO-BOOTH, CRAFT, HAMPTON, and co-conspirators known and unknown to the grand jury would leave Richardson Tactical's premises together.

## Overt Acts

11. In furtherance of the conspiracy, and to accomplish its objects, defendants TAYLOR, IGNACIO-BOOTH, CRAFT, HAMPTON, and co-conspirators known and unknown to the grand jury have committed various overt acts in the Northern District of California, including but not limited to the following:

(1) On or about May 31, 2020, defendants TAYLOR, IGNACIO-BOOTH, CRAFT, HAMPTON, and co-conspirators known and unknown to the grand jury traveled to Richardson Tactical's location.

(2) Defendant IGNACIO-BOOTH and other co-conspirators broke the window and opened the locked door of Richardson Tactical.

(3) Defendants TAYLOR, IGNACIO-BOOTH, CRAFT, HAMPTON, and co-conspirators known and unknown to the grand jury entered Richardson Tactical's premises.

(4) Defendants TAYLOR, IGNACIO-BOOTH, CRAFT, HAMPTON, and co-conspirators known and unknown to the grand jury broke display cases containing firearms and pulled firearms from a display wall.

(5) Defendants TAYLOR, IGNACIO-BOOTH, CRAFT, HAMPTON, and co-conspirators known and unknown to the grand jury stole and unlawfully took and carried away from Richardson Tactical's premises approximately 31 firearms, including at least 27 firearms that had been shipped or transported from one state to another, or from a foreign nation to the United States.

All in violation of Title 18, United States Code, Sections 371 and 922(u).

COUNT TWO:        (18 U.S.C. §§ 922(u) and 2 – Theft of Firearms from a Federal Firearms Licensee)

12.    On or about May 31, 2020, in the Northern District of California, defendants,

DASHAWN TALIFARIO TAYLOR,<br>
LEVYONNE IGNACIO-BOOTH,<br>
ANTHONY LAMAR CRAFT, JR., and<br>
TYRONZA HAMPTON, JR.,

did steal and unlawfully take and carry away from Richardson Tactical, a person and premises of a person who is licensed to engage in the business of importing, manufacturing, and dealing in firearms, the following firearms in the licensee's business inventory that had been shipped or transported in interstate and foreign commerce:

|    | Manufacturer | Model | Caliber | Serial Number | Type |
|----|---|---|---|---|---|
| 1  | Sig Sauer | P365 SAS | 9mm | 66A818351 | Pistol |
| 2  | Sig Sauer | P365 | 9mm | 66A800762 | Pistol |
| 3  | Sig Sauer | 1911 Spartan | .45 | 54E038080 | Pistol |
| 4  | Sig Sauer | P220R | .45 | 37C010859 | Pistol |
| 5  | Sig Sauer | P226 Extreme | .40 | 47E046069 | Pistol |
| 6  | Sig Sauer | P320 | 9mm | 58C367731 | Pistol |
| 7  | Glock | 43 | 9mm | ADZD422 | Pistol |
| 8  | Glock | 43 | 9mm | ADVY294 | Pistol |
| 9  | Armscor of the Philippines | M1911-A1 FS | .45 | RIA2186813 | Pistol |
| 10 | Armscor of the Philippines | GI | .45 | RIA2188670 | Pistol |
| 11 | Springfield Armory | 1911A1 | .45 | NM611970 | Pistol |
| 12 | Springfield Armory | 1911A1 MIL-SPEC | .45 | NM655992 | Pistol |
| 13 | Springfield Armory | 1911A1 | .45 | NM596237 | Pistol |
| 14 | HS Produkt | XD45 | .45 | XD768613 | Pistol |
| 15 | HS Produkt | XD9 | 9mm | AT157126 | Pistol |
| 16 | Smith & Wesson | SW1911ES | .45 | UFB5473 | Pistol |

| 17 | Beretta, Pietro S.P.A. | 92A1 | 9mm | A230403Z | Pistol |
|----|------------------------|------|-----|----------|--------|
| 18 | Beretta USA Corp | 92FS INOX | 9mm | BER076804 | Pistol |
| 19 | CZ | CZ75 D | 9mm | D220034 | Pistol |
| 20 | FNH USA, LLC | FNS-9C | 9mm | CSU0056770 | Pistol |
| 21 | FNH USA, LLC | FN 15 | .556 | FNCR010761 | Rifle |
| 22 | FNH USA, LLC | FN 15 | .556 | FNCR011171 | Rifle |
| 23 | FNH USA, LLC | FNS-9 | 9mm | GKU0139343 | Pistol |
| 24 | RWC Group, LLC | KR-9 | 9mm | K9C0003324 | Rifle |
| 25 | Aero Precision | X15 | .556 | X310017 | Rifle |
| 26 | Garaysar, Inc. | FEAR-109 | 12 | 19GP-00277 | Shotgun |
| 27 | Radical Firearms, LLC | RF-15 | Multi | RD18040 | Rifle |

and aided and abetted the same, in violation of Title 18, United States Code, Sections 922(u) and 2.

COUNT THREE:    (18 U.S.C. § 922(j) – Possession of a Stolen Firearm)

13.    On or about June 6, 2020, in the Northern District of California, defendant,

DASHAWN TALIFARIO TAYLOR,

knowingly possessed a stolen firearm, namely, an FNH USA model FNS-9C firearm, bearing serial number CSU0056770, knowing or having reasonable cause to believe it was stolen, and which had been shipped or transported in interstate or foreign commerce before it was stolen, in violation of Title 18, United States Code, Section 922(j).

COUNT FOUR:    (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

14.    On or about June 18, 2020, in the Northern District of California, the defendant,

ANTHONY LAMAR CRAFT, JR.,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed two firearms, namely, one Sig Sauer P365 SAS pistol and one Sig Sauer P365 pistol, and the firearms were in and affecting interstate and foreign commerce, all in violation of

Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION:     (18 U.S.C. § 924(d)(1), 28 U.S.C. § 2641(c) – Gun Forfeiture)

15. The factual allegations contained in Counts One through Four of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

16. Upon conviction of any the offenses alleged in Counts One through Four above, the defendants,

DASHAWN TALIFARIO TAYLOR,<br>
LEVYONNE IGNACIO-BOOTH,<br>
ANTHONY LAMAR CRAFT, JR., and<br>
TYRONZA HAMPTON, JR.,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offenses.

17. If any of the property described above, as a result of any act or omission of the defendant:

    (i)    cannot be located upon the exercise of due diligence;

    (ii)    has been transferred or sold to, or deposited with, a third party;

    (iii)    has been placed beyond the jurisdiction of the court;

    (iv)    has been substantially diminished in value; or

    (v)    has been commingled with other property which cannot be divided without difficulty,

any and all interest defendant has in any other property (not to exceed the value of the above forfeitable property) shall be forfeited to the United States pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

//

//

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461, and Federal Rule of Criminal Procedure 32.2.

DATED: July 23, 2020                                       A TRUE BILL.

                                                        /s/
                                            FOREPERSON

DAVID L. ANDERSON
United States Attorney

*Samantha Schott Bennett*
_____
SAMANTHA SCHOTT BENNETT
Assistant United States Attorney

7

INDICTMENT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FILED

Jul 23 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**
USA v. DASHAWN TALIFARIO TAYLOR, et al.

**CASE NUMBER:** 4:20-cr-00301 JST CR

| | | |
|---|---|---|
| **Is This Case Under Seal?** | Yes ✓ | No |
| **Total Number of Defendants:** | 1     2-7 ✓ | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF     OAK ✓ | SJ |
| **Is this a potential high-cost case?** | Yes | No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ |
| **Is this a RICO Act gang case?** | Yes | No ✓ |

**Assigned AUSA (Lead Attorney):** Samantha Schott Bennett

**Date Submitted:** 7/23/2020

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM    SAVE PDF