1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CABN 229441)
   Assistant United States Attorneys
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Email: Robert.rees@usdoj.gov
8
   Attorneys for United States of America
9

```
┌─────────────────────────────────────┐
│                                      │
│              FILED                   │
│                                      │
│            Nov 29 2022               │
│                                      │
│           Mark B. Busby              │
│      CLERK, U.S. DISTRICT COURT      │
│   NORTHERN DISTRICT OF CALIFORNIA    │
│               OAKLAND                │
│                                      │
└─────────────────────────────────────┘
```

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )  NO. CR 20-0301 HSG
                                       )
14          Plaintiff,                 )
                                       )
15     v.                              )  **NOTICE OF PARTIAL DISMISSAL; ORDER**
                                       )
16  DASHAWN TAYLOR,                    )
                                       )
17          Defendant.                 )
    _____)

18          With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a) and the plea

19  agreement between the parties (*see* Dkt. 67), the United States Attorney for the Northern District of

20  California dismisses the following counts of the above-captioned indictment against Deshawn Taylor:

21  Counts Two and Three.

22

23  DATED: November 22, 2022                    Respectfully submitted,

24                                              STEPHANIE M. HINDS
                                                United States Attorney
25

26                                              _____/s_____
                                                THOMAS A. COLTHURST
27                                              Chief, Criminal Division

28

1        Leave is granted to the government to dismiss the following counts of the above-captioned

2  indictment against Dashawn Taylor:  Counts Two and Three.

3

4

5  Date:    11/29/2022

6                                                      HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

NOTICE OF DISMISSAL
No. CR _20-301 HSG

v. 8/4/2021