RICHARD A. TAMOR
TAMOR & TAMOR
The Sierra Building
311 Oak Street, Suite 108
Oakland, CA 94607
Telephone: (415) 655-1969
Email: rtamor@TamorLaw.com

Attorneys for Defendant
DAWSHAWN TALIFARIO TAYLOR,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00301-HSG |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE FROM OCTOBER 15, 2025, TO NOVEMBER 19, 2025 AND ORDER (as modified) |
| v. | |
| DAWSHAWN TALIFARIO TAYLOR, | |
| Defendant. | |

This case is currently set for a status conference at 2:00 p.m. on October 15, 2025, regarding a pending Petition for Warrant for Person Under Supervision, filed on September 4, 2025 (Dkt. 197) (the "Form 12"). For the following reasons, it is hereby stipulated by and between counsel for the defendant Dawshawn Talifario Taylor and counsel for the United States, that the Court continue the status conference to 2:00 p.m. on November 19, 2025.

The defense is continuing to review discovery, as well as conducting additional investigation related to these charges. In addition, Mr. Taylor has a State Court appearance on related State charges on October 31, 2025, and the parties will be better able to update the Court on the related state court proceedings after that date.

The parties have confirmed the availability of United States Probation for the status conference date of November 19, 2025.

The undersigned defense counsel certifies that he has obtained approval from counsel for the United States to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:  October 10, 2025                                 Respectfully submitted,

*/s/ Richard Tamor*
RICHARD TAMOR
Counsel for Dashawn Taylor


CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kent Stejskal*
KENT STEJSKAL
Special Assistant United States Attorney

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the status conference currently set for October 15, 2025 in the above-captioned matter be continued until November 19, 2025 at 2:00 p.m.

IT IS SO ORDERED.

DATED: 10/14/2025

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge